UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TOMARCUS PORTER, #743697** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-4036** |
| **AARON BENNETT, ET AL.** | **SECTION: "L"(1)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and Plaintiff's objections thereto, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that plaintiff's "Motion for Temporary Restraining Order and Preliminary Injunction," Rec Doc. 15, is **DENIED**.

New Orleans, Louisiana, this 21st day of March, 2023.

_____
**UNITED STATES DISTRICT JUDGE**